### ESTELLE MCNERNEY ET AL. *v.* CARVEL CORPORATION ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 21344) is denied.

*S. Dave Vatti*, in support of the petition.

*Robert A. Izard, Jr.*, and *Edward J. Heath*, in opposition.

Decided March 22, 2001